UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO LOZANO-SANCHEZ,<br><br>Defendant. | Case No.: 24-cr-0987-JO<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO PROCEED WITH SENTENCING WITHOUT A PRESENTENCE REPORT |
|---|---|

On May 29, 2024, the parties filed a joint motion to waive the preparation of a presentence report ("PSR") and to proceed with sentencing with a RAP sheet. (Dkt. 18.) For good cause shown and based on the joint motion, the Court GRANTS the joint motion to waive the PSR and to proceed with sentencing with a RAP sheet. *See United States v. Shehadeh*, 962 F.3d 1096, 1102 (9th Cir. 2020) (Holding that a defendant may waive his right to the preparation of a presentence report under Fed. R. Crim. P. 32.). Accordingly, the sentencing with a PSR hearing set for September 6, 2024 is VACATED and a sentencing without a PSR is set for June 7, 2024 at 1:30 p.m.

IT IS SO ORDERED.

Dated: 5/31/24

HONORABLE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE